EXHIBIT 1

AMSURE
A Division of Adirondack Trust Company Financial Services Inc.

P.O. BOX 15044
12 COMPUTER DRIVE WEST
ALBANY, NEW YORK 12212
T: 518.458.1800  F: 518.458.8390
www.amsure.net

UNITED STATES DIRSTRICT COURT
DISTRICT OF CONNECTICUT

ALEX SALVAGNO,
    Petitioner,

v.

Case No. 3:17-cv-318 (MPS)

DIRECTOR, BUREAU OF PRISONS,
    Respondent.

## DECLARATION OF CHRISTOPHER KNAUF

I, Christopher Knauf, declare under penalty of perjury pursuant to 28 USC Sec 1746 that the following assertions are true and correct to the best of my knowledge and belief:

1. I am an active insurance broker in upstate New York.

2. I work for AMSURE, a division of Adirondack Trust Insurance Co., and was the agent who handled AAR Contractor, Inc., from 1998 until Mr. Salvagno sold or transferred the business in 2001.

3. I have three licenses in New York, including a Broker, Agent and Life Accident and Health License in good standing without incident since 1983 – license number BR-LA-671483.

4. In mid January 2017, I was asked to order insurance loss runs that are relevant to matters that were apparently made material in the Bureau of Prisons recent determination to deny inmate Salvagno's request for compassionate release.

5. On about April 7, 2017, I obtained a loss run report from the New York State Insurance Fund for the period 1990 to 1998, which shows there are no known asbestos related workers compensation claims for that period. See Exhibit 1.

6. Because the workers compensation policy was maintained by the New York State Workers Compensation Fund, a search of actual claims related to workers compensation reveals all claims for compensation to date, and, therefore, I can confirm that for the period 1990 to date, there have been no known asbestos related worker compensation claims.

7. I also operated under the insurance license while advising inmate Salvagno and his asbestos abatement company (AAR Contractor, Inc.) in regards to their insurance needs during the period of the purported conspiracy (1990-1999).



AMSURE

P.O. BOX 15044
12 COMPUTER DRIVE WEST
ALBANY, NEW YORK 12212
T 518 458 1800  F 518 458 8390
www.amsure.net

8. I was proud to write AAR Contractor and was able to provide them with some of the best rates in the state based on their impeccable record. For instance, AAR received a Workers Compensation dividend for the 5/23/99-00 period of $80,000 and another the following year even greater for AAR's impeccable record and low losses.

9. I attended some of Mr. Salvagno's trial and at the time I found it troubling how Mr. Salvagno/AAR were portrayed. I remember thinking to myself that there has not been one lawsuit, accusation or even one claim against AAR that was asbestos related in all the years I have known him and his company.

10. I must also add that the Workers Compensation Board has issued experience mods of 1.02 5/23/98-99 and mod 1.07 5/23/99-00 and .87 for 5/23/00-01. These mods reflect a favorable experience and the loss runs show the same.

11. In the event there are any questions or need for additional supporting documents, I will make myself available and/or provide the same.

Dated: April 18, 2017          By _____

Christopher Knauf

**NEW YORK STATE INSURANCE FUND**
**Loss Run Report by Policy**

WCLAIM/180/01 POLICY INQUIRY A 966.548-6      AAR CONTRACTORS INC

Accidents Occurred Between 09/22/1990 And 05/23/1998

AS OF 04/07/2017
CYCLE NO. 11088

ALL CLAIMS

| CLAIM NO. UNIT | CLAIMANT | ACC DATE | JCK | COMP INC | MED INC | Status | COMP PD | MED PD | POL DATE | GRP | PAYCLASS | INC | PAYT | C | DOC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35723097-93 | SIEROCKI JAMES | 03/19/1992 | T | 1,024.00 | 899.80 | 0 | 1,024.00 | 899.80 | 09/22/1991 | 90 | 5709 | 02/1993 | 07/1992 | 0 | C2 |
| 37452141-93 | ROBINSON KEITH E | 02/18/1993 | X | .00 | 299.37 | 0 | .00 | 299.37 | 09/22/1992 | 90 | 5709 | 05/1994 | 06/1993 | 0 | C2 |
| 37602836-93 | MONGATO ANTHONY | 03/12/1993 | X | .00 | 48.42 | 0 | .00 | 48.42 | 09/22/1992 | 90 | 5184 | 07/1994 | 10/1993 | 0 | C2 |
| 41436300-93 | LINDQUIST JERRY W | 07/14/1995 | X | .00 | 580.67 | 0 | .00 | 580.67 | 09/22/1994 | 90 | 5473 | 02/1997 | 08/1995 | 0 | C2 |
| 41637471-93 | BURNHAM KEVIN | 08/22/1995 | X | .00 | 320.81 | 0 | .00 | 320.81 | 09/22/1994 | 90 | 7219 | 01/2000 | 10/1995 | 0 | C84 |
| 41813486-95 | BURNHAM KEVIN | 10/10/1995 | T | 232.00 | 2,748.65 | 0 | 232.00 | 2,748.65 | 09/22/1995 | 90 | 5473 | 01/2000 | 01/1998 | 0 | C2 |
| 42205914-95 | WILLIAMS SCOTT | 02/12/1996 | T | 3,133.33 | 732.93 | 0 | 3,133.33 | 732.93 | 09/22/1995 | 90 | 5473 | 06/2000 | 05/1997 | 0 | C2 |
| 42400697-93 | LINDQUIST JERRY | 04/09/1996 | T | 47.76 | 72.87 | 0 | 47.76 | 72.87 | 09/22/1995 | 90 | 5473 | 04/1998 | 12/1997 | 0 | C2 |
| 43286285-93 | SHANAHAN MICHAEL | 01/16/1997 | X | .00 | 386.37 | 0 | .00 | 366.37 | 09/22/1996 | 90 | 5473 | 01/1999 | 05/1998 | 0 | C2 |
| 43550524-90 | ALVORD GARY | 05/07/1987 | X | .00 | 78.20 | 0 | .00 | 78.20 | 09/22/1996 | 90 | 5473 | 10/1997 | 06/1997 | 0 | C4 |
| 43557644-90 | HYLAND JOSEPH F | 04/07/1997 | X | .00 | 122.26 | 0 | .00 | 122.26 | 09/22/1996 | 90 | 5473 | 11/1997 | 10/1997 | 0 | C4 |
| 43592336-95 | MACKEY MARK B | 05/20/1997 | T | 2,920.00 | 1,292.08 | 0 | 2,920.00 | 1,292.08 | 09/22/1996 | 90 | 5473 | 02/2000 | 05/1999 | 0 | C2 |
| 43696343-93 | FLINT LARRY A | 08/05/1997 | X | - .00 | 771.93 | 0 | .00 | 771.93 | 09/22/1996 | 90 | 5473 | 03/1999 | 04/1998 | 0 | C4 |
| 44036200-93 | FLINT LARRY JR | 10/28/1997 | X | .00 | 799.01 | 0 | .00 | 799.01 | 09/22/1997 | 90 | 5473 | 01/1999 | 03/1998 | 0 | C2 |
| 44276350-90 | BENOIT EDWARD M | 02/04/1998 | X | .00 | 435.94 | 0 | .00 | 435.94 | 09/22/1997 | 90 | 5473 | 07/1998 | 05/1998 | 0 | C2 |
| 44359446-95 | HAERTEL KIMBERLY | 03/10/1998 | X | .00 | 204.97 | 0 | .00 | 204.97 | 09/22/1997 | 90 | 8810 | 02/2001 | 11/1998 | 0 | C4 |
| 44493195-95 | BROWNELL CHRIS | 02/12/1998 | X | .00 | 308.90 | 0 | .00 | 308.90 | 09/22/1997 | 90 | 5473 | 01/2001 | 12/1999 | 0 | C2 |
| 44533586-212 | HYLAND JOSEPH F | 05/12/1998 | X | .00 | 74.21 | 0 | .00 | 74.21 | 09/22/1997 | 90 | 5473 | 12/1998 | 07/1998 | 0 | TEL |

NO OF CLAIMS FOR THIS POLICY: 18        7,357.09    10,177.39          7,357.09    10,177.39

EXHIBIT 1