UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEX SALVAGNO | : | Case No. 17-cv-2059(MPS) |
|    Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| D.K. WILLIAMS, WARDEN, | : | |
|    Respondent. | : | March 12, 2018 |

## MOTION TO DISMISS FOR LACK OF JURISDICTION

Pursuant to Federal Rule of Civil Procedure 12(b)(1), the respondent, D.K. Williams, respectfully moves the court to dismiss the petition in this case for lack of subject matter jurisdiction. As set forth in greater detail in the accompanying memorandum of law, the court lacks jurisdiction over the petition because: (1) the petition does not state a viable claim under 28 U.S.C. § 1441 seeking 28 U.S.C. § 2255-type relief; and (2) even if it did, the petition does not fall within the "limited circumstances" under which a petitioner may file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 to challenge the legality of his sentence.

WHEREFORE, the respondent respectfully moves the court to dismiss the petition.

Respectfully submitted,

John H. Durham
United States Attorney

\_\_\_/s/_____
John W. Larson (ct28797)
Assistant United States Attorney
United States Attorney's Office
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
T:  (860) 947-1101
F:  (860) 760-7979
john.larson@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that on March 12, 2018, a copy of the foregoing was sent by mail to the petitioner at the following address:

Alex Salvagno
#11212-058
Danbury Federal Correctional Institution
Inmate Mail/Parcels
Route 37
Danbury, CT 06811

\_\_\_\_/s/_____
John W. Larson