UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALEX SALVAGNO
    Petitioner

Civil Action No.: 3:17cv2059 (MPS)

v.

D.K. WILLIAMS, *Warden*
    Respondent

## JUDGMENT

This action having come on for consideration of the petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and defendant's motion to dismiss before the Honorable Michael P. Shea, United States District Judge; and

The Court having considered the full record of the case, including applicable principles of law, and having filed its Ruling on January 4, 2019 granting the motion to dismiss for lack of subject matter jurisdiction and dismissing the writ of habeas corpus; it is therefore

ORDERED ADJUDGED and DECREED that judgment be entered in favor of the respondent dismissing the case.

Dated at Hartford, Connecticut, this 10th day of January, 2019.

                        ROBIN D. TABORA, Clerk

                        By: _____/s/_____
                        Devorah Johnson
                        Deputy Clerk

EOD __1/10/19__