# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of October, two thousand and nineteen.

Before:     Susan L. Carney,
                   *Circuit Judge.*

---

Alexander Salvagno,              **ORDER**

        Petitioner-Appellant,       Docket No. 19-2756

v.

D. K. Williams, Warden,

        Respondent-Appellee.

---

     Appellant, pro se, moves the Court to hold this appeal in abeyance pending final disposition on his compassionate release submissions by the district court in N.D.N.Y. Docket No. 02-cr-51. The Government does not oppose this motion.

     IT IS HEREBY ORDERED that the motion to hold the appeal in abeyance is GRANTED. Appellant must inform the Court of the district court proceedings in 30-day intervals, beginning with 30 days from the date of this order.

                                                         For the Court:

                                                          Catherine O'Hagan Wolfe,
                                                         Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit